IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DUDLEY N. THOMPSON :
:
v. : CIVIL ACTION NO. WMN-02-2964
:
BALTIMORE CITY PUBLIC SCHOOL :
SYSTEM, et al. :
:

..o0o..

ORDER

In accordance with the foregoing Memorandum, IT IS this 1st day of October, 2002, hereby ORDERED that:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Paper No. 2) IS GRANTED;

2. Plaintiff IS GRANTED an additional TWENTY (20) DAYS from this Order to file an AMENDED COMPLAINT as delineated by this Court. Plaintiff is forewarned that his failure to file a timely and responsive amended complaint will result in the dismissal of his cause of action without further notice of the Court; and

3. The Clerk of the Court shall MAIL a copy of this Order, together with the foregoing Memorandum, to the plaintiff.

William M. Nickerson
Senior United States District Judge