IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 13 A 10:07

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

DUDLEY N. THOMPSON          :

v.                          :   CIVIL ACTION NO. WMN-02-2964

BALTIMORE CITY PUBLIC SCHOOL :
  SYSTEM, *et al.*           :

..oOo..

## O R D E R

Pursuant to the dictates of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on December 4, 2002, this Court mailed the *pro se* plaintiff notification that defendant Baltimore City Public School System had filed a motion to dismiss. (Paper No. 11.) On December 10, 2002 the notice was returned to this Court by the United States Postal Service "Return to Sender." (*See* left side of court file.) The return envelope further indicated that plaintiff Thompson had moved and left no forwarding address. (*Id.*)

Pursuant to local rules, all parties have an affirmative duty to inform this Court of any change of address during the pendency of their actions. *See* Local Rule 102.1.b.ii. (D.Md.) Plaintiff, whose last written communication to this Court occurred on or about October 24, 2002, has failed to keep his current address on record with this Court. Consequently, this complaint shall be dismissed without prejudice.

Accordingly, IT IS this ___13th___ day of ___December___, 2002, by this Court, hereby ORDERED that:

1. This complaint IS DISMISSED WITHOUT PREJUDICE for the failure to comply with Local Rule 102.1.b.ii;
2. The defendants' motions to dismiss (Paper Nos. 10 & 12) ARE DISMISSED WITHOUT PREJUDICE;
3. The Clerk of the Court shall CLOSE this case; and
4. The Clerk of Court shall MAIL a copy of this Order to the plaintiff at his last known address and to counsel for the defendants.

_____
William M. Nickerson
Senior United States District Judge