IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DUDLEY N. THOMPSON | : |
| | : |
| v. | : Civil Action WMN-02-2964 |
| | : |
| BALTIMORE CITY PUBLIC SCHOOL | : |
| SYSTEM, et al. | : |

### ORDER

On December 13, 2002, this Court issued an Order in which it dismissed without prejudice the above-captioned case for failure to comply with Local Rule 102.1.b.ii. On December 16, 2002, the Court received from Plaintiff a letter in which he notifies the Court of his new address in Arizona. The Court instructs Plaintiff that according to Local Rule 102.1.b.ii, because he resides outside of the District, he must file "with the Clerk an address within the District where notices can be served." Additionally, the Court notes that pursuant to Fed.R.Civ.P. 5(a) and (b), Plaintiff is obligated to serve every pleading on Defendants' counsel, not Defendants themselves.

In the letter, Plaintiff also requests an extension "to review motions made by Baltimore City Public Schools and by the Baltimore Teacher's Union." Because Plaintiff is _pro se_ and was fairly timely in notifying the Court of his change in address, the Court will re-open the case and will grant Plaintiff's motion to extend time. Accordingly, IT IS this 10th day of January,

2003, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That the December 13, 2002 order dismissing the case (Paper No. 13) is hereby VACATED;

2. That the instant action is reopened;

3. That Plaintiff's Motion to Extend Time to Respond to Motions (Paper No. 14) is hereby GRANTED and that Plaintiff has 20 days from the date of this Order to respond to the motions; and

5. That the Clerk of the Court shall mail or transmit copies of this order to Plaintiff and all counsel of record.

_____
William M. Nickerson
Senior United States District Judge