THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DUDLEY THOMPSON,** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. WMN 02CV2964 |
| **BALTIMORE CITY PUBLIC SCHOOL SYSTEM,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENLARGE
## TIME TO RESPOND TO COMPLAINT

Defendant, by its undersigned attorney, hereby requests a two-week enlargement of time, until and including July 8, 2003, to respond to Plaintiff's Amended Complaint. Defendant's attorney attempted to contact the Plaintiff, *pro se*, via telephone; however, Plaintiff did not provide any telephone number in his pleadings. Defendant's attorney attempted to find Plaintiff's number in the phone book; however, no number was located for Plaintiff. Plaintiff was contacted by letter dated June 19, 2003, and informed of Defendant's request for an extension of time. In support of the instant motion, the Court is respectfully directed to the attached memorandum.

Respectfully submitted,

_____/s/_____
Allyson M. Huey
Fed. Bar No. 025065
Associate Counsel
Office of Legal Counsel
200 E. North Avenue
Suite 208
Baltimore, MD 21202
410-396-8982

Attorney for Defendant

Case 1:02-cv-02964-WMN   Document 20   Filed 06/20/2003   Page 2 of 5

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DUDLEY THOMPSON,** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WMN 02CV2964 |
| **BALTIMORE CITY PUBLIC SCHOOL SYSTEM,** | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION TO ENLARGE TIME
TO RESPOND TO COMPLAINT**

Rule 6(b) of the Federal Rules of Civil Procedure authorizes the Court to enlarge the time for filing pleadings. Defendant requests this extension due to the fact that Defendant has discovery in another pending case at the same time as the answer to Plaintiffs' First Amended Complaint is due. This enlargement is not requested for purposes of delay. The Court has not yet issued a scheduling order in this case, so an enlargement will not prejudice Plaintiff. Accordingly, Defendant respectfully requests that the Motion to Enlarge Time to Respond to Complaint be granted.

Respectfully submitted,

_____/s/_____
Allyson M. Huey
Fed. Bar No. 025065
Associate Counsel
Office of Legal Counsel
200 E. North Avenue
Suite 208
Baltimore, MD 21202
410-396-8982

Attorney for Defendant

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DUDLEY THOMPSON,** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. WMN 02CV2964 |
| **BALTIMORE CITY PUBLIC SCHOOL SYSTEM,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this <u>19th</u> day of June 2003, a copy of the Defendant's Motion for an Extension of Time, Memorandum of Points and Authorities in Support of its Motion, and Order was mailed, postage prepaid, to Dudley N. Thompson, Plaintiff *pro se*, 1211 Liberty Square, Riverside, Maryland 21017.

_____/s/_____
Allyson M. Huey
Attorney for Defendant